# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -REOPENING/CLOSING**

Case No.  CV 08-5104-CBM(Ex)                              Date  September 25, 2008

Title:  UNITED STATES OF AMERICA  -vs- DONALD LEE ZINK

Present: The Honorable  Charles F. Eick

    Stacey Pierson
    Deputy Clerk                                Court Reporter / Recorder                Tape No.

Attorneys Present for Plaintiffs:             Attorneys Present for Defendants:

Proceedings:  ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☒ Case should have been closed on entry dated   August 5, 2008   .

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____ .

Initials of Preparer    sp